pany and Others, Appellants, Impleaded with Others.— Motions to amend decision as to costs granted.

In the Matter of the Removal of Daniel Graney from the Office of Justice of the Peace of the Town of Brant, Erie County, New York.—Proceeeding dismissed upon the filing of certificate of the town clerk certifying that said Graney has filed his resignation as such justice of the peace.

Carthage Machine Company, Appellant, v. Island Paper Company, Respondent.— Motion to dismiss appeal denied, without costs.

Herbert C. Breeze, Respondent, v. James C. Stewart and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs; Merrell, J., not sitting.

Frank B. Townsend, Respondent, v. Ezekiel C. Perry and Others, Appellants.— Motion granted to permit appellants to dispense with the printing of former appeal books upon this appeal, without costs.

Maude A. Ward, Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.

Abraham Silverstein, as Administrator, etc., Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to Court of Appeals denied.

Steel Storage and Elevator Construction Company, Respondent, v. F. W. Stock and Others, Appellants.— Motion granted and appeal dismissed, with costs.

A. C. Leslie & Company, Limited, Respondent, v. Western Transit Company, Appellant.— Motion to amend decision so as to recite that a Federal question was involved in the appeal and passed upon in the decision denied, with ten dollars costs.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,410, Issued to Charles Marshall and Transferred to Arthur Helmer.— Appeal dismissed unless appellant file and serve printed papers within twenty days.

Eugene L. Hatch, Respondent, v. New York State Railways, Rochester Lines, Appellant, Impleaded, etc.— Appeal dismissed, without costs, upon stipulation filed.

Eugene L. Hatch, Appellant, v. Buffalo, Lockport and Rochester Railroad Company and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

The People of the State of New York, Respondent, v. Jacob Markus, Appellant.— Appeal dismissed unless appellant file and serve printed briefs by March ninth.

Gracomo De Lucca, Appellant, v. Little Falls National Bank, Respondent.— Motion granted and appeal dismissed, with costs.